UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

CISERO MURPHY,

        Plaintiff,

-against-

THE STATE OF NEW YORK; BRION D.
TRAVIS, Chairman, New York State Division
of Parole; A.L.J. RICHARD BIRMINGHAM;
P.R.S.–MARIA BURGESS; P.O. CLARANCE;
and P.O. JOHN PELLE,

        Defendants.
----------------------------------------X

**CIVIL JUDGMENT**
06-CV-3356 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 7 2006 ★

BROOKLYN OFFICE

Pursuant to the order issued _August 3, 2006_ by the undersigned dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

s/John Gleeson
JOHN GLEESON, U.S.D.J.

Dated: _August 3, 2006_
Brooklyn, New York